# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **RANDY MURPHY, #260660,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 09-0660-WS-C** |
| **CLARKE COUNTY JAIL, et al.,** | : | |
| Defendants. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice, prior to service of process, pursuant to 28 U.S.C. § (e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**DONE** this 13th day of April, 2010.

                                                      s/WILLIAM H. STEELE
                                                      CHIEF UNITED STATES DISTRICT JUDGE